

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-15-00677-CV

Helen A. **MZYK**, Karnes S4 Minerals, L.P., and Karnes S4 Management, L.L.C.,
Appellants

v.

**MURPHY EXPLORATION & PRODUCTION COMPANY-USA**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 14-04-00083-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellants' unopposed motion to abate and remand is granted. This appeal is abated until May 9, 2016 so the parties may seek a modification of the appealed order "so as to be made final," and the case is remanded to the trial court. TEX. R. APP. P. 27.2; *accord Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Coastal Terminal Operators v. Essex Crane Rental Corp.*, 133 S.W.3d 335, 339 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court